DAVID T. MALOOF (DM 3350)
THOMAS M. EAGAN (TE 1713)
MALOOF BROWNE & EAGAN LLC
411 Theodore Fremd Avenue - Suite 190
Rye, New York  10580
(914) 921-1200
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ACE UNDERWRITING AGENCIES LTD., and
LEXMARK INTERNATIONAL, INC.

                *Plaintiff,*
- against -

DANMAR LINES LTD., DANZAS
CORPORATION d/b/a DANMAR LTD. and
d/b/a DHL GLOBAL FORWARDING, HANJIN
SHIPPING CO., LTD. and UNION PACIFIC
RAILROAD COMPANY
                *Defendants.*
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x



08 Civ.

**08 CIV. 4789**

STATEMENT UNDER
F.R.C.P. 7.1

 JUDGE HELLERSTEIN

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for ACE Underwriting Agencies Ltd. certifies that the following are corporate parents, subsidiaries, or affiliates of that party which are publicly held:

- **Ace Limited**

Counsel further certifies that the following are publicly held corporate parents, subsidiaries, or affiliates of Plaintiff Lexmark International:

- **NONE**

Date:  Rye, New York
       May 21, 2008

                                             MALOOF BROWNE & EAGAN LLC

                                             By: _____
                                                 David T. Maloof (DM 3350)
                                                 Thomas M. Eagan (TE 1713)
                                             411 Theodore Fremd Avenue, Suite 190
                                             Rye, New York 10580-1411
                                             (914) 921-1200
                                             *Attorneys for Plaintiff*