9159/RHD
CICHANOWICZ, CALLAN, KEANE, VENGROW & TEXTOR, LLP
61 Broadway, Suite 3000
New York, New York 10006-2802
(212)344-7042
Attorneys for Defendant Hanjin Shipping Co. Ltd.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| ACE UNDERWRITING AGENCIES LTD., and LEXMARK INTERNATIONAL, INC.<br><br>Plaintiff,<br><br>- against -<br><br>DANMAR LINES LTD., DANZAS CORPORATION d/b/a DANMAR LTD. and d/b/a DHL GLOBAL FORWARDING, HANJIN SHIPPING CO., LTD. and UNION PACIFIC RAILROAD COMPANY<br><br>Defendants. | 08 Civ. 4789 (AKH)<br><br>**RULE 7.1 STATEMENT** |
|---|---|

Pursuant to the provisions of Fed.R.Civ.P. 7.1, in order to enable the judges and magistrate judges of this Court to evaluate possible disqualification or recusal, I, Randolph H. Donatelli, as a member of the bar of this Court and a member of the firm Cichanowicz, Callan, Keane, Vengrow and Textor, LLP, attorneys for defendant Hanjin Shipping Co. Ltd., certify that Hanjin Shipping Co. Ltd. is a private (non-governmental) party, has no corporate parent, and that no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
      June 10, 2008

Respectfully submitted,

CICHANOWICZ, CALLAN, KEANE,
VENGROW & TEXTOR, LLP
Attorneys for Defendant Hanjin Shipping Co. Ltd.

By: s/ Randolph H. Donatelli
     Randolph H. Donatelli (RD-5359)
61 Broadway, Suite 3000
New York, New York 10006-2802
(212) 344-7042