AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

ACE UNDERWRITING AGENCIES LTD., and
LEXMARK INTERNATIONAL, INC.

V.

DANMAR LINES LTD., DANZAS CORP. d/b/a DANMAR LTD.
and d/b/a DHL GLOBAL FORWARDING, HANJIN SHIPPING
CO., LTD. and UNION PACIFIC RAILROAD CO.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: JUDGE HELLERSTEIN

08 CIV. 4789

TO: (Name and address of Defendant)

| DANMAR LINES LTD. | DANZAS CORP. | HANJIN SHIPING CO., | UNION PACIFIC RAILROAD CO. |
|---|---|---|---|
| c/o DHL Global Forwarding | c/o DHL Global Forwarding | LTD. | 1400 Douglas St, |
| 535 Connecticut Ave | 535 Connecticut Ave | 80 East Route 4 Suite 490 | Omaha NE 68179 |
| Norwalk, CT 06854 | Norwalk, CT 06854 | Paramus, NJ 07652 | |

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DAVID T MALOOF
MALOOF BROWNE & EAGAN LLC
411 THEODORE FREMD AVE
RYE NY 10580

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. Michael McMahon
CLERK

MAY 22 2008
DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ACE UNDERWRITING AGENCIES LTD., et ano.    Case No.

-v-                                         08 CIV 4789

DANMAR LINES LTD, et al.

---

STATE OF NEW YORK    }
COUNTY OF NEW YORK   }ss.:

Maureen I. Mintzer, being duly sworn, deposes and says: I am not a party to this action, am over 18 years old and reside at New York, NY;

On May 29, 2008 at 11:50 a.m. at 535 Connecticut Avenue, Norwalk, CT 06854, I served the within Summons in a Civil Action and Complaint on DANMAR LINES LTD, c/o DHL GLOBAL FORWARDING, the named defendant, by delivering a true copy of same to ELIZABETH SMITH, Claims Manager, who stated she was authorized to receive same.

The person served is a white female, brown hair, 45-55 years old, 5'3", 150-160 pounds.

Maureen I. Mintzer

Sworn to before me this
30th day of May 2008.

NOTARY PUBLIC

BRUCE LAZARUS
NOTARY PUBLIC-STATE OF NEW YORK
No. 4990893
Qualified in Westchester County
My Commission Expires January 13, 2010

**LegalEase Inc.**

139 Fulton Street, New York, NY 10038
Tel: 212-393-9070  •  800-393-1277  •  Fax: 212-393-9796