AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

ACE UNDERWRITING AGENCIES LTD., and
LEXMARK INTERNATIONAL, INC.

V.

DANMAR LINES LTD., DANZAS CORP. d/b/a DANMAR LTD.,
and d/b/a DHL GLOBAL FORWARDING, HANJIN SHIPPING
CO., LTD. and UNION PACIFIC RAILROAD CO.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 

JUDGE HELLERSTEIN

08 CIV. 4789

TO: (Name and address of Defendant)

DANMAR LINES LTD.
c/o DHL Global
Forwarding
535 Connecticut Ave
Norwalk, CT 06854

DANZAS CORP.
c/o DHL Global
Forwarding
535 Connecticut Ave
Norwalk, CT 06854

HANJIN SHIPING CO.,
LTD.
80 East Route 4 Suite 490
Paramus, NJ 07652

UNION PACIFIC RAILROAD CO.
1400 Douglas St,
Omaha NE 68179

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DAVID T MALOOF
MALOOF BROWNE & EAGAN LLC
411 THEODORE FREMD AVE
RYE NY 10580

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. Michael McMahon
CLERK

MAY 22 2008
DATE

CLERK

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | May 27th, 2008 at 1:45 PM |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Charles Casey | private server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Served on Union Pacific Railroad Company at 1400 Douglas Street Omaha, Nebraska. Accepted by Mary Cook, Legal Assistant (W/F @ 30 yoa, 5'6", 140 lbs, brown hair)

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  May 27th 2008         *Charles Casey*
             Date                    Signature of Server

                                     Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.