9159/RHD
CICHANOWICZ, CALLAN, KEANE, VENGROW & TEXTOR, LLP
61 Broadway, Suite 3000
New York, New York 10006-2802
(212) 344-7042

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ACE UNDERWRITING AGENCIES LTD., and
LEXMARK INTERNATIONAL, INC.

           Plaintiff,

- against -

DANMAR LINES LTD., DANZAS
CORPORATION d/b/a DANMAR LTD. and
d/b/a DHL GLOBAL FORWARDING, HANJIN
SHIPPING CO., LTD. and UNION PACIFIC
RAILROAD COMPANY

           Defendants.

---

08 Civ. 4789 (AKH)

**STIPULATION AND ORDER OF DISMISSAL**

A settlement agreement having being reached, the undersigned parties, the only parties to have appeared in this action, hereby stipulate that all claims asserted in this action are hereby dismissed with prejudice.

Dated: New York, New York
   August 4, 2008

MALOOF BROWN & EAGAN, LLC
Attorneys for Plaintiffs

By: _____
Thomas M. Eagan (TE 1718)
411 Theodore Fremd Avenue
Suite 190
Rye, New York 10580
(914) 921-1200

CICHANOWICZ, CALLAN, KEANE, et al.
Attorneys for Defendant Hanjin Shipping
Co., Ltd.

By: _____ (TE - PER AUTH.)
Randolph H. Donatelli (RHD-5359)
61 Broadway, Suite 3000
New York, New York 10006-2802
(212) 344-7042

So Ordered: 8/26/08

_____
U.S.D.J.